

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                    01-14-00860-CV

Style:                           Joesph W. Peine

                                 **v.** Elite Airfreight, Inc. and Advanced Logistics Services, Inc.

Date motion filed*:              March 2, 2015

Type of motion:                  Motion to Permit Counsel for Appellant to Withdraw Sealed Record on Appeal

Party filing motion:             Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:                          Current Due date:
    Date Requested:

Ordered that motion is:

    ☐     Granted

         If document is to be filed, document due:

         ☐     The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐     Denied

    ☒     Dismissed (moot)

    ☐     Other: _____

   Appellant filed his Brief of Appellant on April 22, 2015. Accordingly, we dismiss as moot the motion to obtain a copy of the sealed record, filed in this Court on March 27, 2015.

Judge's signature:   /s/ Russell Lloyd
                ☑ Acting individually    ☐ Acting for the Court

Date:  April 28, 2015